UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD ISAAC JOHNSON,

    Plaintiff,

v.

STATE OF WASHINGTON,

    Defendant.

CASE NO. C12-5864 RBL-JRC

ORDER TO PROVIDE
ADDITIONAL INFORMATION

    The District Court has referred this 42 U.S.C. § 1983 civil rights action to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

    Plaintiff asks the Court to grant him in forma pauperis status and that he be allowed to use the form for a prisoner who is incarcerated in a state facility (ECF No. 1). However, plaintiff provides a return address that is in Dupont, Washington and that address does not appear to be connected to a state facility.

    Plaintiff must provide the Court with additional information that addresses the following questions.  Was plaintiff incarcerated in the Pierce County jail when he filed this action?  Is

1  plaintiff currently incarcerated? Is plaintiff currently employed and, if so, how much does he
2  make per month?

3      The Court requires that plaintiff provide this additional information on or before
4  November 30, 2012. Failure to provide the information by that time will result in a Report and
5  Recommendation that the motion for in forma pauperis status be denied.

7      Dated this 29th day of October, 2012.

        /s/ J. Richard Creatura
10      J. Richard Creatura
        United States Magistrate Judge

ORDER TO PROVIDE ADDITIONAL
INFORMATION - 2