UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD ISAAC JOHNSON,

         Plaintiff,

   v.

STATE OF WASHINGTON et al.,

         Defendants.

CASE NO. C12-5864 RBL-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    This action is dismissed without prejudice prior to service. Plaintiff must proceed through habeas corpus and not in a civil rights action.

//
//
//
//
//

ORDER ADOPTING A REPORT AND
RECOMMENDATION - 1

(3) In forma pauperis status is revoked for the purpose of appeal.

DATED this 30th day of November, 2012.

*Ronald B. Leighton (signature)*

Ronald B. Leighton
United States District Judge